# EXHIBIT A




www.roomstogo.com

ROOMS TO GO - BRANDON
1821 W BRANDON BLVD
BRANDON, FL 33511
813/651-0099

Order# 17488263
Store# 203 Page 002 of 002
REVISE ORDER#3
06/14/2013 11:33am flr203c

| ORDER DATE | HOME TEL NO | BUSINESS TEL NO |
|---|---|---|
| 06/13/2013 | 813/[illegible]-5557 | 813/661-4970 |

CUST NAME: BLOOMER, ROBERT
STREET ADDRESS: 1802 CATTLEMAN DR
CITY: BRANDON STATE: FL ZIP PLUS 4: 33511

Instructions:
PROVIDENCE TO STERLING RANCH SUB TO BEL RANCH .. LF ON CATTLEMAN TO ADDRESSCUST TO BE ...IN FRI 6-14-13 TO PAY BAL AND SET DEL..CUST TO PAY BAL ON FRI...

DELIVERY Wed DATE 06/19/13
SALESPERSON: MICHAEL SIM.. [illegible] 018203

| SKU NO. | DESCRIPTION | QTY. | UNIT AMOUNT | TOTAL AMOUNT |
|---|---|---|---|---|
| | Under this promotion, no interest will be assessed on your promotional purchase balance until paid in full. During the Promotional Period, equal monthly payments are required and will be equal to the initial promo purchase amount divided by the number of months in the Promotional Period. The equal monthly payment will be rounded up to the next highest whole dollar and may be higher than the minimum payment that would be required if this was a non-promotional purchase. | | | |

Deposit Information:

| | | |
|---|---|---|
| GE | 693.01 | 06/13/13 |
| CASH | 500.00 | 06/14/13 |

| | |
|---|---|
| SALES TOTAL | 999.97 |
| DELIVERY/SET-UP | 114.99 |
| SUBTOTAL | 1114.96 |
| SALES TAX 7.00% | 78.05 |
| TOTAL | 1193.01 |
| DEPOSIT | 1193.01 |
| BALANCE DUE | 0.00 |

I AGREE TO PAY ALL CHARGES ACCORDING TO THE TERMS OF THE CARD ISSUER AGREEMENT.

I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS ON THE BACK OF THE SALES ORDER.

X [signature] 06/13/2013

[illegible]

The [illegible] agreement with you concerning your purchase [illegible] furnishings from [illegible]. The agreement cannot be changed except by a [illegible] signed by you and [illegible]

1. [illegible] POLICY. You may receive a total refund [illegible] for furnishings only if you cancel the sale within 48 hours of the date of [illegible] refunds will be made by check and mailed [illegible] If you do not cancel the sale within 48 hours, only 80% of the purchase price will be refunded to you. No refunds are [illegible] sales cannot be cancelled [illegible] merchandise has been delivered in good condition. (Refund/cancellation rights do not apply to Express/Next Day Delivery orders.)
2. At any time after the purchase, we can correct mistakes in pricing or arithmetic made in completing your purchase order.
3. You [illegible] make any change of the delivery address or change in the order either in person or by telephone and the change will be binding only if we confirm the change before delivery. The [illegible] may delay the delivery date.
4. [illegible] merchandise sold "AS IS" will not be [illegible] exchange, allowance, refund [illegible] "AS IS" sales are FINAL [illegible] "AS IS" [illegible] without any express or implied warranties of any type.
5. [illegible] marked "Partial Assembly [illegible] will be [illegible] packed cartons [illegible] assembly by purchaser.
6. [illegible] retain title to furnishings [illegible]
7. [illegible]

[illegible] from your home [illegible]

[illegible] have to pay any money [illegible] [illegible] you will [illegible] attorney

[illegible]

[illegible] WARRANTY [illegible] ARE NO [illegible] EXPRESSED [illegible] WARRANTY [illegible]

We [illegible] that the merchandise you [illegible] from [illegible] ONE YEAR from the date of delivery. This [illegible] applies to you [illegible] original purchaser only and to merchandise which has remained at the original delivery [illegible] This warranty does not cover:

- wear, fading, or shrinkage of any fabric
- damage due to misuse, abuse, or accidents
- damage or discoloration caused by sunlight or artificial [illegible]
- variation of the color or graining of wood or wood products
- ridges or rough areas in marble or variations in its color or graining
- the natural variations in graining and color of leather
- furnishings that have been altered by the purchaser

If the furnishings we sell you do not meet the above warranty or any other warranty expressed or implied, [illegible] will, at our option, either (1) refund you the purchase price in exchange for return of the merchandise, or (2) repair or replace the non-conforming merchandise. Except to the extent expressly prohibited by Florida law, we are not liable to [illegible] any consequential or incidental damage for breach of this or any other warranty.

[illegible] CONDICIONES DE [illegible]

Este constituye nuestro acuerdo con Ud. respecto a la compra que [illegible] de mobiliario [illegible] acuerdo no puede ser cambiado [illegible] mediante otro acuerdo firmado entre Ud. y [illegible]

1. POLÍTICA DE REEMBOLSOS. Ud. solamente puede recibir el reembolso total de la compra de sus muebles si cancela la venta dentro de las 48 horas siguientes a la fecha de la compra. Si usted ha pagado su compra con una tarjeta de crédito, nosotros le acreditaremos su compra a dicha tarjeta. Todo otro reembolso se hará mediante cheque y se le enviará por correo desde nuestra oficina central. Si Ud. no cancelara la venta dentro de las 48 horas, solamente se le reembolsará el 80% de la compra. [illegible] reembolso [illegible] ni se podrá cancelar una venta, después que la mercancía haya sido entregada en buenas condiciones. (La política de devoluciones y cancelaciones NO aplica a órdenes con entrega "Express" o órdenes Al Día Siguiente)
2. En cualquier momento posterior a la compra, podemos rectificar errores de costos o aritméticos que se hayan efectuado al calcular su pedido [illegible]
3. [illegible] hacer cualquier cambio en la dirección de entrega o en la orden, ya sea en persona o por teléfono, y el cambio obligará solamente [illegible] fecha de entrega.
4. [illegible] vendida "TAL CUAL ESTÁ" no será elegible para retornos, cambios, créditos, reembolsos o servicios. Todas las ventas [illegible] FINALES. La mercancía vendida [illegible] "TAL CUAL ESTÁ" [illegible] sin garantía alguna explícita o implícita.
5. [illegible] mercancía marcada "Requiere montaje parcial" [illegible] embalado en la fábrica [illegible] por el comprador.
6. Conservamos la propiedad del mobiliario hasta que sea entregado y se haya pagado en su totalidad.
7. [illegible] retornos y cambios, incluyendo [illegible] cargos por [illegible] cubrir los costos de recojo y envío de su casa u otros costos relacionados al restablecimiento en inventario.

Si [illegible] que pagar alguna cantidad [illegible] Ud. todos [illegible] pagados.

[illegible] comprada para uso comercial no es elegible para cambios o servicio.

LA SIGUIENTE GARANTÍA SUSTITUYE TODA OTRA GARANTÍA [illegible] INCLUYENDO CUALQUIER GARANTÍA [illegible] CUALQUIER CAUSA. NO EXISTEN GARANTÍAS EXPLÍCITAS [illegible] ALLÁ DE LA [illegible]

Garantizamos que la mercancía que [illegible] defectos de material o confección durante [illegible] UN AÑO a partir de la [illegible] y en únicamente a la mercancía que haya permanecido en el lugar original de entrega [illegible] esta garantía [illegible]

Esta garantía no cubre:

- desgaste, descoloramiento [illegible]
- daño causado por mal [illegible]
- daño o manchas causados por la luz del sol o por luz artificial
- [illegible]
- [illegible]
- variaciones naturales [illegible] de la piel
- mobiliario que haya sido [illegible]

[illegible] no cubre las [illegible]

[illegible]



ROOMS TO GO - BRANDON
1821 W BRANDON BLVD
BRANDON, FL 33511
813/651 0099

www.roomstogo.com

kids T Teens

Order# 17488263
Store# 203 Page 001 of 002
REVISE ORDER#1
06/13/2013 11:10am flr203c

| ORDER DATE | |
|---|---|
| 06/13/2013 | |
| HOME TEL NO | BUSINESS TEL NO |
| 813/404-5557 | 813/661-4970 |
| CUSTOMER NAME | |
| BLOBNER, ROBERT | |
| STREET ADDRESS | |
| 1902 CATTLEMAN DR | |

| CITY | STATE | ZIP PLUS 4 |
|---|---|---|
| BRANDON | FL | 33511 |

Instructions:
PROVIDENCE TO STERLING RANCH SUB TO BEL RANCH .. LF ON CATTLEMAN TO ADDRESS

| DELIVERY | DATE |
|---|---|
| SALES PERSON'S NAME | SALES # |
| MICHAEL SIMON | 018202 |

| | DESCRIPTION | | | | | QTY. | UNIT AMOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1009561P | Your Room Includes | | | | | | 899.99 | 899.99 |
| 19195610 | LAF SOFA | ONYX | SOHO | 99 | UNIF | 1 | | |
| | PROTECTION | | | | | 1 | 59.99 | 59.99 |
| 19295612 | RAF BUMP CHAISE | ONYX | SOHO | 99 | UNIF | 1 | | |
| | PROTECTION | | | | | 1 | 39.99 | 39.99 |

Promotion Type : Equal Payment No Interest
Promotion Period : until 01/2016
Promotion APR : 0.00%
Purchase APR : 29.99%
Account # [redacted]
Auth 013251

continued on next page...

| SALES TOTAL | |
|---|---|
| DELIVERY/SET-UP | |
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | |
| DEPOSIT | |
| BALANCE DUE | |

I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS ON THE BACK OF THE SALES ORDER

CUSTOMER SIGNATURE DATE

X