UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT BLOBNER,

    Plaintiff,

v.                                          CASE NO.  8:17-cv-1676-T-26SPF

ARTEMIS MARKETING CORP. *etc*.,
ORMOND ATLANTIC CORP.,
ROOMSTOGO.COM, INC., and
R.T.G. FURNITURE CORP.,

    Defendants.
_____/

# O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the parties' written submissions, it is **ORDERED AND ADJUDGED** that Defendants' Motion to Seal Certain Portions of Exhibits to Plaintiff's Amended Complaint (Dkt. 63) is denied.  The Court is in total agreement with the contention advanced by Plaintiff that Defendants have not demonstrated a justifiable cause to shield this information from the public's common law right of access to judicial records.  Nor, as Plaintiff correctly contends, have Defendants established that the information at issue constitutes trade secrets.  The hearing on Defendants' motion scheduled for tomorrow, Friday, August 31, 2018, is cancelled.

    **DONE AND ORDERED** at Tampa, Florida, on August 30, 2018.

                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record